UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :
    SHEILA R. LEE               :       Chapter 13
                                    :
        Debtor              :       No. 19-17072-AMC

**OBJECTION OF THE CHAPTER 13 TRUSTEE TO
DEBTOR'S COUNSEL'S FEE APPLICATION**

      Scott F. Waterman, Esq., Standing Chapter 13 Trustee, by and through his attorney, files this Objection to Debtor's counsel's ("Applicant's") Fee Application and represents as follows:

1. The within case was commenced by the filing of a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on November 9, 2019.

2. Debtor reported that her income was below median. See Chapter 13 Statement of Current Monthly Income, Form 122C-1 [Docket No. 11].

3. Applicant's Disclosure of Compensation indicated that she agreed to accept $6,000 for legal fees.

4. The case is not a complicated one, did not present any novel legal issues and debtor's counsel did not file any motions, nor did she have to reply to any motions for relief.

5. Applicant has failed to comply with Local Bankruptcy Rule 2016-3(a)(2) and L.B.F. 2016-3B by failing to attach her time records setting forth the dates and amount of time expended for the services performed.

6. Upon information and belief the legal fees sought by Applicant are unreasonable.

7. The Application should be denied in part and the allowed fees, should be reduced to $4,000.00, (the amount which was the "no look" fee in 2019).

1

8. Alternatively, the Application should be denied as the Applicant has failed to comply with Local Bankruptcy Rule 2016-3(a).

**WHEREFORE**, Scott F. Waterman, Esq., Chapter 13 Trustee, by and through counsel respectfully requests that this Court deny Debtor's Counsel's Application for Counsel Fees.

Respectfully submitted,

Date: January 10, 2022

*/s/ Ann E. Swartz*
Ann E. Swartz, Esq.
Counsel for
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606
Telephone:  (610) 779-1313